peals for the Fourth Circuit granted. *Mr. Hayden C. Covington* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 1236. NATIONAL LABOR RELATIONS BOARD *v.* FEDERAL MOTOR TRUCK CO.;

No. 1237. NATIONAL LABOR RELATIONS BOARD *v.* JONES & LAUGHLIN STEEL CORP.; and

No. 1238. NATIONAL LABOR RELATIONS BOARD *v.* E. C. ATKINS & CO. See *ante,* p. 838.

No. 1206. THOMAS PAPER STOCK CO. ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. June 4, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals granted. *Mr. Claude A. Roth* for petitioners. *Assistant Solicitor General Cox* and *Mr. Richard H. Field* for respondent.

No. 1271. MARKHAM, ALIEN PROPERTY CUSTODIAN, ET AL. *v.* CABELL. June 4, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Assistant Solicitor General Cox* for petitioners. *Messrs. Charlton Ogburn* and *Hartwell Cabell* for respondent.

No. 1254. BOEHM *v.* COMMISSIONER OF INTERNAL REVENUE. June 11, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Louis Boehm* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson* and *William Robert Koerner* for respondent.